UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

**PRESTIGE BREAD COMPANY OF JERSEY CITY, INC.,**

               Petitioner,

          -against-

**OTG MANAGEMENT, LLC.,**

               Respondent.

------------------------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: Apr. 29, 2022

**21-cv-04670 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      Petitioner's filings indicate that the arbitration award was filed on the docket under seal. However, the arbitration award does not appear on the docket. Accordingly, Petitioner shall file the arbitration award, under seal or otherwise, no later than Monday, May 2, 2022.

**SO ORDERED.**

**Dated:**    **April 29, 2022**
             **New York, New York**

*/s/ Andrew L. Carter, Jr.*

                                           **ANDREW L. CARTER, JR.**
                                           **United States District Judge**