UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PRESTIGE BREAD COMPANY OF
JERSEY CITY, INC., doing business as
Hudson Bread,

                    Petitioner,

              21 **CIVIL** 4670 (ALC)

    -against-

              **JUDGMENT**

ANDREW PITSICALIS, LEON HENDRIX, et al.,

                    Defendants.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED, AND DECREED,** that for the reasons stated in the Honorable Andrew L. Carter, Jr., United States District Judge's Opinion & Order dated August 22, 2022, Petitioner's motion to confirm the Award is granted and Respondent's motion to vacate the Award is denied. Judgment is entered as follows:

(i)     awarding judgment in favor of Petitioner and against Respondent in the amount of $345,856.90 pursuant to the arbitration award,

(ii)    with interest to accrue at the statutory rate of 9 percent per annum from June 8, 2021 (60 days after the issuance of the Award) until the date judgment is entered of $37,523.10 and

(iii)   (iii) post-judgment interest at the statutory rate of 9 percent per annum.

This case is closed.

**DATED**: New York, New York
           August 22, 2022

                                           **RUBY J. KRAJICK**
                                             **Clerk of Court**
                               **BY**: _____
                                              **Deputy Clerk**